■ AMPARO NOLASCO, Appellant, v MANUEL BADILLO et al., Respondents. LITTLE LEAGUES BASEBALL, INC., Third-Party Plaintiff-Respondent, v CITY OF NEW YORK et al., Third-Party Defendants-Respondents.—Order, Supreme Court, Bronx County (Lewis Friedman, J.), entered on May 1, 1991, unanimously affirmed for the reasons stated by Friedman, J., without costs or disbursements. No opinion. Concur—Sullivan, J. P., Carro, Rosenberger, Wallach and Smith, JJ.

■ ARIEL ORO, Appellant, v GENERAL MOTORS CORPORATION et al., Respondents, et al., Defendant.—Order, Supreme Court, New York County (Burton S. Sherman, J.), entered on March 13, 1991, unanimously affirmed, without costs or disbursements. We find no reason to disturb the exercise of discretion of the IAS court. No opinion. Concur—Carro, J. P., Milonas, Kupferman, Asch and Smith, JJ.